**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                        **NO. 4:15CR00276-KGB-17**

**FELICA LARRY**

### ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

On November 20, 2015, the Court entered an order setting conditions of pretrial release for defendant Felica Larry. The Court has been notified that the parties have agreed to modify the conditions of Larry's release to include location monitoring with home detention.

The Court finds that good cause exists to modify the conditions of pretrial release for Larry to include location monitoring with home detention. It is therefore ORDERED that Larry is to submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided. It is also ORDERED that Larry is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer. All other conditions of pretrial release in the Court's order of November 20, 2015 remain in effect.

IT IS SO ORDERED this 25th day of January, 2016.

                                                  _____
                                                  PATRICIA S. HARRIS
                                                  UNITED STATES MAGISTRATE JUDGE