PS 42
(Rev. 7/03)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 5 2016

JAMES W. McCORMACK, CLERK
By: _____
                                    DEP CLERK

## United States District Court
### Eastern District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Felica Larry | ) | Case No.   0860 4:15CR00276 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Felica Larry_____, have discussed with _____Sophia Morris_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The location monitoring (home detention) condition with electronic monitoring imposed on January 25, 2016, will be removed.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   7/12/16        _____   7/12/16
Signature of Defendant         Date          Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                    7/13/16
Signature of Defense Counsel                                   Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.   7/25/16
☒ The above modification of conditions of release is ordered, to be effective on Click here to enter a date.
☐ The above modification of conditions of release is *not* ordered.

_____                                    7/25/16
Signature of Judicial Officer                                  Date